ᴘ̶ɪ̶ʟ̶ᴇ̶ᴅ̶ IN ᴏ̶ᴘ̶ᴇ̶ɴ̶ ᴄ̶ᴏ̶ᴜ̶ʀ̶ᴛ̶
ON _1 / 9 / 2020 Shi̅T
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:19-CR-00037-FL

UNITED STATES OF AMERICA　　　:
　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
LINWOOD EARL MAYE, JR.　　　　:

**<u>ORDER OF FORFEITURE</u>**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on August 13, 2019, and further evidence of record as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, as a firearm and ammunition used to facilitate violations of 21 U.S.C. §§ 841(a)(1) and 846, to wit to wit: a Remington 1100 shotgun bearing serial number M187670V, and any and all related ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.　　That based upon the Memorandum of Plea Agreement as to the defendant, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the

1

defendant upon entry.

    2.    That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

    SO ORDERED.  This 9 day of _____, 2019.

LOUISE W. FLANAGAN
United States District Judge